# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES HOWARD HAYES, JR.,
Appellant,
vs.
THE STATE OF NEVADA; AND JERRY
HOWELL, WARDEN,
Respondents.

JAMES HOWARD HAYES, JR.,
Appellant,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; AND SOUTHERN
DESERT CORRECTIONAL CENTER,
Respondents.

No. 83151

**FILED**

AUG 2 3 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 83368 ✔

## ORDER ADMINISTRATIVELY CLOSING THE APPEAL IN DOCKET NO. 83368 AND TRANSFERRING DOCUMENTS

Docket No. 83368 is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. This case was consolidated in district court with district court case number A-19-793315-W, which has been docketed in this court in Docket No. 83151. Accordingly, the clerk of this court is directed to administratively close the appeal in Docket No. 83368 and transfer to Docket No. 83151 all documents filed or received in Docket No. 83368.

It is so ORDERED.

_____, C.J.

cc:   Hon. Monica Trujillo, District Judge
      James Howard Hayes, Jr.
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2